# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| AFFORDABLE CARE, LLC | : |
| Plaintiff, | : CASE NO. 5:22-cv-468 |
| v. | : |
| MICHAEL PILGER | : |
| Defendant. | : |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO CIVIL RULE 55(a) AGAINST DEFENDANT AND ENTERING DEFAULT AGAINST DEFENDANT

This matter comes before the Court on Plaintiff Affordable Care, LLC's Motion for Clerk's Entry of Default Pursuant to Civil Rule 55(a) Against Defendant Michael Pilger. Plaintiff submitted the Declaration of David A. Campbell in support of the Motion.

Based on the information set forth in Plaintiffs' Motion and accompanying Declaration, this Court makes the following findings:

1. Plaintiff filed suit against Defendant on November 21, 2022.

2. The Summons was issued on November 22, 2022.

3. Plaintiff served Defendant with process in a manner authorized by Fed. R. Civ. P.

4. Defendant was served with a copy of the Summons and Complaint via Certified Mail on December 6, 2022.

4. Defendant's Answer was due on December 27, 2022.

5. As of December 27, 2022, Defendant failed to Answer or otherwise plead responsively.

6. Defendant's failure to Answer or otherwise plead responsively continues to the current day.

Based on the findings made above, this Court is satisfied that default should be entered against Defendant. Accordingly, it is hereby ORDERED that DEFENDANT IS IN DEFAULT and this Order constitutes an entry of default against Defendant.

IT IS SO ORDERED, this the __8__ day of February, 2023.

*/s/ Peter A. Moore, Jr.*
Peter A. Moore, Jr., Clerk of Court