IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-468-FL

| | | |
|---|---|---|
| AFFORDABLE CARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL PILGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court May 26, 2023, for hearing on plaintiff's motion to lift automatic stay of a default judgment pursuant to Fed. R. Civ. P. 62(a) (DE 17) with Philip A. Hinson appearing telephonically for plaintiff and no appearance being made by or on behalf of defendant.

Plaintiff has shown "a risk that [defendant's] assets will be dissipated." Fed. R. Civ. P. 62(a) advisory committee's notes (2018). Therefore, for good cause shown, the motion is GRANTED. The automatic stay of execution on judgment entered May 9, 2023, and proceedings to enforce said judgment NOW IS LIFTED.

SO ORDERED, this the 26th day of May, 2023.

LOUISE W. FLANAGAN
United States District Judge